UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOSEPHINE COLE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 4:18-cv-63-D** |
| ) | |
| NORTH CAROLINA ADMINISTRATIVE ) | |
| OFFICE OF THE COURTS and PITT COUNTY ) | |
| CLERK OF SUPERIOR COURT, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 10]. The court lacks subject-matter jurisdiction over plaintiff's ADA harassment claim, and plaintiff's failure to accommodate claim is not actionable. Moreover, the three ADA claims in the complaint are time-barred because plaintiff missed the 90-day deadline to file this action. Thus, the court DISMISSES the action.

**This Judgment Filed and Entered on December 5, 2018, and Copies To:**

| | |
|---|---|
| Josephine Cole Williams | (Sent to 664 Fox Chase Lane Winterville, NC 28590 via US Mail) |
| Kathryn H Shields | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| December 5, 2018 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |